WALTER A. RUNCK ET AL. *v.* TOWN PLANNING AND ZONING COMMISSION OF THE TOWN OF HAMDEN ET AL. (No. 87436)

The defendants' motion to dismiss the appeal from the Court of Common Pleas in New Haven County is granted.

*Dennis N. Garvey,* trustee, for the defendant Landmarks Holding Corporation et al.

*Peter C. Dorsey,* town attorney, for the named defendant and the town of Hamden.

Argued June 4—decided June 4, 1974

IRENE SCHWARTZ ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF HAMDEN ET AL. (No. 84422)

MELINDA DANIELS ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF HAMDEN ET AL. (No. 84437)

The motions by the defendant Dennis N. Garvey, trustee, et al. to dismiss the appeals from the Court of Common Pleas in New Haven County are denied.

*Dennis N. Garvey,* pro se, on the motions.

*James H. Shulman* and *Douglas R. Daniels,* for the plaintiffs.

*Peter C. Dorsey,* town attorney, for the named defendant and the town of Hamden.